```
JUL-11-2007  09:34                    415 554 3837                                    P.03
```

1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DAVID B. NEWDORF, State Bar #172960
   JAMES F. HANNAWALT, State Bar #139657
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3892
   Facsimile:    (415) 554-3837
7  E-Mail:       david.newdorf@sfgov.org

8
   Attorneys for Defendants
9  CITY AND COUNTY OF SAN FRANCISCO, et al.

10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14  HENRY GIVENS,                          Case No. C 07 2861 JL

15         Plaintiff,                      **STIPULATION TO EXTEND TIME
                                           WITHIN WHICH TO FILE
16  vs.                                    RESPONSE TO AMENDED
                                           COMPLAINT**
17  CITY AND COUNTY OF SAN
    FRANCISCO, A MUNICIPAL
18  CORPORATION, POLICE OFFICERS
    RODRIGUEZ NO. 156; CABUNTALA,
19  NO. 7523; CORREA, NO. 4210; DIZON,
    NO. 110; LAZANO, NO. 554; AND
20  MASON, NO. 1703, MCGUIRE NO.
    4214, INDIVIDUALLY AND SAN
21  FRANCISCO POLICE OFFICERS,

22         Defendants.

23

24
           Pursuant to Local Rule 6-1(a), plaintiff Henry Givens and defendants City and County of San
25
    Francisco, the San Francisco Police Dept. and Chief of Police, and Police Officers M. Cabuntala, J.
26
    Dizon and S.McGuire, by and through their attorneys of record, as set forth below, stipulate to an
27
    extension of time until and including August 1, 2007 for these defendants to file responses to
28

    Stipulation To Extend Time Case No. C 07 2861        1                n:\lit\li2007\071621\00424768.doc

plaintiff's amended complaint. Defendants reserve and do not waive by the execution or filing of this Stipulation the right to assert any defenses to the Amended Complaint.

Dated: 7/11/07

By: /s/ Harriet Ross
HARRIET ROSS
Attorney for Plaintiff
HENRY GIVENS

Dated: 7-12-07

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DAVID B. NEWDORF
JAMES F. HANNAWALT
Deputy City Attorneys

By: /s/ James F. Hannawalt
JAMES F. HANNAWALT
Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

---

Stipulation To Extend Time Case No. C 07 2861     2     n:\lit\li2007\071621\00424768.doc