**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY GIVENS,<br><br>       Plaintiff,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>       Defendant.<br>_____/ | No. C 07-02861 SI<br><br>**Clerk's Notice**<br>**Scheduling Case**<br>**Management Conference**<br>**on Reassignment** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the attached certificate of service)

YOU ARE NOTIFIED THAT the Court has scheduled an *Initial Case Management Conference* for **Friday, 09/07/07** at **2:00 PM** before the Honorable Susan Illston upon reassignment. Please report to Courtroom 10, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.   Not less than 10 days prior, counsel shall submit a joint case management conference statement.

Dated: August 7, 2007                                              FOR THE COURT,

                                                                                             Richard W. Wieking, Clerk

                                                                           By: _____
                                                                             R. B. Espinosa
                                                                             Deputy Clerk