DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DAVID B. NEWDORF, State Bar #172960
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3892
Facsimile:    (415) 554-3837
E-Mail:        david.newdorf@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY GIVENS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION, POLICE OFFICERS RODRIGUEZ NO. 156; CABUNTALA, NO. 7523; CORREA, NO. 4210; DIZON, NO. 110; LAZANO, NO. 554; AND MASON, NO. 1703, MCGUIRE NO. 4214, INDIVIDUALLY AND SAN FRANCISCO POLICE OFFICERS,<br><br>Defendants. | Case No. C 07 2861 SI<br><br>**DEFENDANTS' RENOTICE OF MOTION TO DISMISS AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [FRCP 12(B)6] AND MOTION TO STRIKE PRAYER FOR INJUNCTIVE RELIEF**<br><br>Hearing Date:   September 28, 2007<br>Time:               9:00 am<br>Place:              Courtroom 10,<br>                         19th Floor |

**NOTICE OF MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 28, 2007 at 9:00 a.m., or as soon thereafter as can be heard by the above-entitled Court, in the Courtroom of the Honorable Susan Ilston, Defendants City and County of San Francisco and the Chief of Police (hereafter "City") will and hereby do move for a motion to dismiss on the first, second, third, fourth, fifth, and sixth causes of action of plaintiff's Amended Complaint and make a motion to strike plaintiff's prayer for injunctive relief that Defendant "take steps to protect distressed citizens." In addition, Defendants Rodriguez, Cabuntala, Correa, Dizon, Lazano, Mason, Maguire and Odum will and hereby do move for a motion to dismiss on the third, fourth, fifth, and sixth causes of action of plaintiff's Amended Complaint as to these defendants.

The grounds for the motion to dismiss are: (1) plaintiff has not alleged facts that would establish the alleged incident was caused by a policy or custom of the City and County of San Francisco, and therefore the City is not liable to plaintiff as a matter of law under *Monell v. Dept. of Social Serv. of New York,* 436 U.S. 658, 690 (1987); (2) the plaintiff's state law claims against the City are barred under California's Tort Claim Act because there is no statutory basis for such liability by a public entity, as required by Government Code section 815; (3) the plaintiff's state law claims (other than for battery by a police officer) pled against the individual officers are barred under California's Tort Claim Act because the officers are immune from liability under Government Code 821.6; (4) the Amended Complaint improperly seeks damages under the State Constitution – Article I, § 1 and § 13 – constitutional provisions which do not support a private lawsuit for damages; and (5) the Amended Complaint fails to state a claim under California Civil Code § 52.1 because the pleading does not identify the separate protected "right" that was interfered with by the police officer's alleged use of unreasonable force. The grounds for the motion to strike plaintiff's prayer for injunctive relief are that the Amended Complaint does not present a case or controversy for injunctive relief and the relief sought is too uncertain.

1  This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing.

Dated:

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DAVID B. NEWDORF
JAMES F. HANNAWALT
Deputy City Attorneys

By:       //ss//
_____
JAMES F. HANNAWALT

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.