1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | DAVID B. NEWDORF, State Bar #172960
JAMES F. HANNAWALT, State Bar #139657
4 | Deputy City Attorneys
Fox Plaza
5 | 1390 Market Street, 6th Floor
San Francisco, California 94102-5408
6 | Telephone:     (415) 554-3892
Facsimile:       (415) 554-3837
7 | E-Mail:          david.newdorf@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY GIVENS,<br><br>           Plaintiff,<br><br>      vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION, POLICE OFFICERS RODRIGUEZ NO. 156; CABUNTALA, NO. 7523; CORREA, NO. 4210; DIZON, NO. 110; LAZANO, NO. 554; AND MASON, NO. 1703, MCGUIRE NO. 4214, INDIVIDUALLY AND SAN FRANCISCO POLICE OFFICERS,<br><br>           Defendants. | Case No.  C 07 2861 SI<br><br>**STIPULATION AND ORDER TO RESET INITIAL CASE MANAGEMENT CONFERENCE** |

Whereas, this case has been reassigned from Magistrate Larson to Judge Ilston, who set the Initial Case Management Conference in this case for September 7, 2007;

Whereas, defendants filed a Motion to Dismiss the Amended Complaint, which was originally noticed for September 12, 2007 in Magistrate Larson's department and which has been re-noticed for September 28, 2007 at 9 am before Judge Ilston;

The parties through their respective counsel agree that the court's ruling on defendant's motion to dismiss will likely influence the orders stemming from the Initial Case Management Conference. Therefore the parties through their respective counsel stipulate to a continuance of the Initial Case Management Conference and respectfully request that the court order Initial Case Management Conference in the above-captioned matter to be continued from September 7, 2007 until September 28, 2007.

Dated:  August 14, 2007

/s/
By:_____
    HARRIET ROSS
    Attorney for Plaintiff
    HENRY GIVENS

Dated:  August 14, 2007

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Deputy
    DAVID B. NEWDORF
    JAMES F. HANNAWALT
    Deputy City Attorneys

/s/
By:_____
    JAMES F. HANNAWALT
    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO, et al.

**ORDER**

Pursuant to the stipulation of the parties set forth above, and for good cause shown, the court reschedules the *Initial Case Management Conference* for Friday, 09/07/07 at _____ before the Honorable Susan Ilston.  Please report to Courtroom 10, on the 19th Floor, U.S. District courthouse,

/ / /

1  450 Golden Gate Ave., San Francisco, Ca 94102.  Not less than 10 days prior, counsel shall submit a
2  joint case management conference statement.
3
4
5  Dated:                                    _____
                                              HON. SUSAN ILSTON
6                                             Judge of the United States District Court