DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DAVID B. NEWDORF, State Bar #172960
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3892
Facsimile:    (415) 554-3837
E-Mail:        david.newdorf@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY GIVENS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION, POLICE OFFICERS RODRIGUEZ NO. 156; CABUNTALA, NO. 7523; CORREA, NO. 4210; DIZON, NO. 110; LAZANO, NO. 554; AND MASON, NO. 1703, MCGUIRE NO. 4214, INDIVIDUALLY AND SAN FRANCISCO POLICE OFFICERS,<br><br>　　　　Defendants. | Case No. C 07 2861 SI<br><br>**STIPULATION AND ORDER TO RESET INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　Whereas, this case has been reassigned from Magistrate Larson to Judge Ilston, who set the Initial Case Management Conference in this case for September 7, 2007;

1   Whereas, defendants filed a Motion to Dismiss the Amended Complaint, which was originally
2   noticed for September 12, 2007 in Magistrate Larson's department and which has been re-noticed for
3   September 28, 2007 at 9 am before Judge Ilston;
4   The parties through their respective counsel agree that the court's ruling on defendant's motion
5   to dismiss will likely influence the orders stemming from the Initial Case Management Conference.
6   Therefore the parties through their respective counsel stipulate to a continuance of the Initial Case
7   Management Conference and respectfully request that the court order Initial Case Management
8   Conference in the above-captioned matter to be continued from September 7, 2007 until September
9   28, 2007.

Dated:  August 14, 2007

/s/
By:_____
    HARRIET ROSS
    Attorney for Plaintiff
    HENRY GIVENS

Dated:  August 14, 2007

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    Chief Trial Deputy
    DAVID B. NEWDORF
    JAMES F. HANNAWALT
    Deputy City Attorneys

/s/
By:_____
    JAMES F. HANNAWALT
    Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO, et al.

**ORDER**

Pursuant to the stipulation of the parties set forth above, and for good cause shown, the court reschedules the *Initial Case Management Conference* for Friday, 09/~~07~~28/07 at 2:00 p.m. ~~before the~~ Honorable Susan Ilston.  Please report to Courtroom 10, on the 19th Floor, U.S. District courthouse,

/ / /

450 Golden Gate Ave., San Francisco, Ca 94102.  Not less than 10 days prior, counsel shall submit a joint case management conference statement.

Dated: _____

HON. SUSAN ILSTON
Judge of the United States District Court