**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 9/28/07

Case No.   C-07-2861 SI          Judge:   SUSAN ILLSTON

Title: HENRY GIVENS  -v- SAN FRANCISCO

Attorneys: H. Ross          D. Newdorf, J. Hannawalt

Deputy Clerk: Tracy Sutton  Court Reporter: none

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)   

3)   

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **2/8/08     @ 2:30 p.m.** for Further Case Management Conference

Case continued to **10/10/08     @ 9:00 a.m.**   for Motions
(Motion due **9/5/08**, Opposition **9/19/08** Reply **9/26/08**)

Case continued to **(Wed. ) 11/12/08    @ 3:30 p.m.**  for Pretrial Conference

Case continued to **11/17/08   @ 8:30 a.m.**  for Trial (jury:8  Days)
Discovery Cutoff: 6/30/08  Designate Experts by: 7/7/08, Rebuttal Experts:7/25/07, Expert Discovery Cutoff: 8/29/08

ORDERED AFTER HEARING:
This case shall be referred to the Court's ENE program.  The ENE session shall be completed by January 31, 2008.


cc: ADR