IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY GIVENS, | No. C 07-02861 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| CITY AND COUNTY OF SAN FRANCISCO, | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 8, 2008 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is June 30, 2008.

DESIGNATION OF EXPERTS: 7/7/08; REBUTTAL: 7/25/08.
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is August 29, 2008.

DISPOSITIVE MOTIONS **SHALL** be filed by September 5, 2008;

   Opp. Due September 19, 2008;  Reply Due September 26, 2008;

   and set for hearing no later than October 10, 2008 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 12, 2008 at 3:30 PM.

JURY TRIAL DATE: November 17, 2008 at 8:30 AM.,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be eight days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

This case shall be referred to the Court's ENE program. The ENE session shall be completed by January 31, 2008.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                          _____
                                                                SUSAN ILLSTON
                                                                United States District Judge