# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Givens,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>City and County of San Francisco,<br><br>　　　　　Defendant(s). | 07-02861 SI ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Donna J. Brorby**
Law Office of Donna Brorby
605 Market St., 9th Fl.
San Francisco, CA 94105-3211
415-348-0853

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-02861 SI ENE                                    - 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: October 19, 2007

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

———————————————
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-02861 SI ENE                              - 2 -