## UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Givens,<br><br>    Plaintiff(s),<br><br>  v.<br><br>City and County of San Francisco,<br><br>    Defendant(s). | No. C 07-02861 SI ENE<br><br>**Certification of ADR Session** |

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☐ ENE session on (date) January 4, 2008

2. Did the case settle?   ☐ fully   ☐ partially   ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: January 10, 2008

Evaluator, Donna J. Brorby
Law Office of Donna Brorby
605 Market St., 9th Fl.
San Francisco, CA 94105-3211

**Certification of ADR Session**
07-02861 SI ENE