DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DAVID B. NEWDORF, State Bar #172960
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3892
Facsimile:     (415) 554-3837
E-Mail:        david.newdorf@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY GIVENS,<br><br>      Plaintiff,<br><br>   vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION, POLICE OFFICERS RODRIGUEZ NO. 156; CABUNTALA, NO. 7523; CORREA, NO. 4210; DIZON, NO. 110; LAZANO, NO. 554; AND MASON, NO. 1703, MCGUIRE NO. 4214, INDIVIDUALLY AND SAN FRANCISCO POLICE OFFICERS,<br><br>      Defendants. | Case No. C 07 2861 SI<br><br>**DEFENDANTS' SEPARATE FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Conf. Date:    Feb. 9, 2008<br>Time:    2:30 p.m.<br>Place:    Crt. 10, 19th floor<br><br>Trial Date:    November 17, 2008 |

The Court in its October 3, 2007, pretrial order set a further case mangement conference for February 8, 2008 at 2:30 p.m. Defendants submit the following separate status statement.

Plaintiff filed his second amended complaint on November 20, 2007, and all defendants have answered. The parties participated in a several-hour Early Neutral Evaluation session with evaluator

1  Donna Brorby on January 4, 2008.  The ENE session took place with counsel, plaintiff, and two of
2  the named individual defendants at the San Francisco County Jail in San Bruno, where plaintiff is
3  incarcerated.  The sesssion was completed and no further ENE proceedings are scheduled or
4  anticipated at the present time.
5      Both sides have served intitial written discovery.  The deposition of plaintiff is scheduled for
6  February 20, 2008 at County Jail.  Plaintiff has not noticed any depositions at this point.
7      There are no pending motions.
8      The trial date is November 17, 20078.  Defendants request that a settlement conference be
9  scheduled with a magistrate judge before trial.

Dated:  February 4, 2008

Respectfully submitted,

DENNIS J. HERRERA  
City Attorney  
JOANNE HOEPER  
Chief Trial Deputy  
DAVID B. NEWDORF  
JAMES F. HANNAWALT  
Deputy City Attorneys

By:      /s/  
    DAVID B. NEWDORF

Attorneys for Defendants  
CITY AND COUNTY OF SAN FRANCISCO, et al.