1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DAVID B. NEWDORF, State Bar #172960
   JAMES F. HANNAWALT, State Bar #139657
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:    (415) 554-3892
   Facsimile:    (415) 554-3837
7  E-Mail:       david.newdorf@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY GIVENS,<br><br>          Plaintiff,<br><br>     vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION, POLICE OFFICERS RODRIGUEZ NO. 156; CABUNTALA, NO. 7523; CORREA, NO. 4210; DIZON, NO. 110; LAZANO, NO. 554; AND MASON, NO. 1703, MCGUIRE NO. 4214, INDIVIDUALLY AND SAN FRANCISCO POLICE OFFICERS,<br><br>          Defendants. | Case No.  C 07 2861 SI<br><br>**DEFENDANTS' SEPARATE FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Conf. Date:     Feb. 8, 2008<br>Time:           2:30 p.m.<br>Place:          Crt. 10, 19th floor<br><br>Trial Date:     November 17, 2008 |

The Court in its October 3, 2007, pretrial order set a further case management conference for February 8, 2008 at 2:30 p.m. Defendants submit the following separate status statement.

Plaintiff filed his second amended complaint on November 20, 2007, and all defendants have answered. The parties participated in a several-hour Early Neutral Evaluation session with evaluator

1  Donna Brorby on January 4, 2008.  The ENE session took place with counsel, plaintiff, and two of
2  the named individual defendants at the San Francisco County Jail in San Bruno, where plaintiff is
3  incarcerated.  The session was completed and no further ENE proceedings are scheduled or
4  anticipated at the present time.

Both sides have served initial written discovery.  The deposition of plaintiff is scheduled for February 20, 2008 at County Jail.  Plaintiff has not noticed any depositions at this point.

There are no pending motions.

The trial date is November 17, 2008.  Defendants request that a settlement conference be scheduled with a magistrate judge before trial.

Dated:  February 4, 2008            Respectfully submitted,

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
DAVID B. NEWDORF
JAMES F. HANNAWALT
Deputy City Attorneys


By:       /s/
         DAVID B. NEWDORF

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.