# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: 2/8/08

Case No.   C-07-2861 SI         Judge:  SUSAN ILLSTON

Title: HENRY GIVENS  -v- SAN FRANCISCO

Attorneys: H. Ross          D. Newdorf, J. Hannawalt

Deputy Clerk: Tracy Sutton  Court Reporter: none

## PROCEEDINGS

1)  Further  Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
PART

Case continued to **5/16/08 @ 2:30 p.m.**   for Further Case Management Conference


ORDERED AFTER HEARING:
Plaintiff deposition is on hold pending resolution of the underlying state court case.

This case shall be referred to Magistrate-Judge Spero for settlement purposes.  The settlement
conference shall occur in July 2008.

Cc: Wings/Karen