1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  DAVID B. NEWDORF, State Bar #172960
   JAMES F. HANNAWALT, State Bar #139657
4  Deputy City Attorneys
   Fox Plaza
5  1390 Market Street, 6th Floor
   San Francisco, California 94102-5408
6  Telephone:     (415) 554-3892
   Facsimile:     (415) 554-3837
7  E-Mail:        david.newdorf@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| HENRY GIVENS, | Case No. C 07 2861 SI |
|---|---|
| Plaintiff, | **DEFENDANTS' SEPARATE FURTHER CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | |
| CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION, POLICE OFFICERS RODRIGUEZ NO. 156; CABUNTALA, NO. 7523; CORREA, NO. 4210; DIZON, NO. 110; LAZANO, NO. 554; AND MASON, NO. 1703, MCGUIRE NO. 4214, INDIVIDUALLY AND SAN FRANCISCO POLICE OFFICERS, | Hearing Date:  May 16, 2008<br>Time:          2:30 pm<br>Place:<br><br>Trial Date:    November 17, 2008 |
| Defendants. | |

The Court in its February 8, 2008 pretrial order set a further case management conference for May 16, 2008 at 2:30 p.m. Defendants submit the following separate status statement.

The Matter was referred to Magistrate Judge Joseph Spero for a Settlement Conference on July 28, 2008.

1       Plaintiff's deposition was initiated on April 15, 2008 and April 23, 2008. Although plaintiff's verified interrogatory responses indicate an income loss of $80,000 from his real estate investment business, plaintiff refused to answer questions at his deposition regarding his real estate business transactions. Nor did plaintiff's attorney produce documentation regarding his income loss claim, although such documents were requested with the deposition notice. Plaintiff also refused to answer questions regarding prior arrests by the San Francisco Police Dept. after agreeing to do so if we reconvened the deposition to allow plaintiff's counsel to review police reports related to these arrests. [Portions of plaintiff's deposition transcript are attached]. Defense counsel sent a meet & confer letter to plaintiff's counsel on April 28, 2008. Plaintiff's counsel has not responded. A motion to compel further deposition testimony and request for production of documents is therefore anticipated.

      The depositions of witnesses Lisa Davis and Joseph Stevens are set for May 28, 2008. The subpoenas are out for service.

      Plaintiff deposed Officer Mason, Officer Lazano and Officer Cabuntala. Plaintiff has requested OCC information related to this claim. Defense counsel is in the process of gathering that information. Plaintiff has requested the personnel files and disciplinary records of the officers named in this lawsuit. Defense counsel has drafted a proposed protective order and requests that the scope of confidential information from the officers personnel records be limited to matters related to the allegations of the present lawsuit, namely use of excessive force.

      No motions are pending, but defense counsel anticipates filing a motion to compel further deposition testimony from the plaintiff and for production of documents.

      It is still anticipated that factual discovery can be completed by June 30, 2008 provided plaintiff provides responses to deposition questions related to his real estate investment business and provides the documents promised related to his income loss. It is anticipated that expert discovery can be completed by September 30, 2008.

1  Dated: May 9, 2008

2                                              DENNIS J. HERRERA
                                               City Attorney
3                                              JOANNE HOEPER
                                               Chief Trial Deputy
4                                              DAVID B. NEWDORF
                                               JAMES F. HANNAWALT
5                                              Deputy City Attorneys

6
                                       By:         //s//
7                                              JAMES F. HANNAWALT
                                               Attorneys for Defendants
8                                              CITY AND COUNTY OF SAN FRANCISCO, et al.