HARRIET ROSS SSB25124
One Embarcadero Center, Ste, 500
San Francisco, CA 94111
Tel: (415) 775-3523
Fax:(415) 775-7491
email; harrietp@pacbell. Net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CLIFORNIA

| | |
|---|---|
| HENRY GIVENS, | Case No. 07 2861 SI |
| Plaintiff, | **PLAINTIFF'S FURTHER CASE MANAGEMENT STATEMENT** |
| vs., | |
| CITY AND COUNTY OF SAN FRANCISCO, et al. | Conf. Date: Feb. 8, 2008<br>Time: 2:30 P.M.<br>Place: Court 10 |
| Defendnts. | Trial Date: Novembeer 27, 2008 |

The Plaintiff joins in the epresentations contained in Defendants' SEPARATE FURTHER CASE MANAGEMENT STATEMENT.

In addition Plaintiff has made a Request for Documents to the Defendants. Plaintiff also has sent for telephone information , as a part of discovery. Plaintiff plans to take the depositions of at least three of the defendants in the first week of March.

There are no pending motions at this time, but there could be depending on the results of the requests for documents.

Dated: February 6, 2008                    Respectfully submitted,


                                           _____
                                           HARRIET ROSS, Attorney for Plaintiff

Plaintiff's Case Managment Statement