1  HARRIET ROSS SSB25124
   One Embarcadero Center, Ste, 500
2  San Francisco, CA 94111
   Tel: (415) 775-3523
3  Fax:(415) 775-7491
   email; harrietp@pacbell. Net
4

5  Attorney for Plaintiff

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CLIFORNIA**

10 HENRY GIVENS,                    )   Case No. 07 2861 SI
                                    )
11              Plaintiff,          )   **PLAINTIFF'S FURTHER CASE**
                                    )   **MANAGEMENT STATEMENT**
12 vs.,                             )
                                    )   Conf. Date: Feb. 8, 2008
13 CITY AND COUNTY OF SAN           )   Time: 2:30 P.M.
   FRANCISCO, et al.                )   Place: Court 10
14                                  )
                Defendnts.          )   Trial Date: Novembeer 27, 2008
15 _____ )

16      The Plaintiff joins in the epresentations contained in Defendants' SEPARATE

17 FURTHER CASE MANAGEMENT STATEMENT.

18      In addition Plaintiff has made a Request for Documents to the Defendants.  Plaintiff also

19 has sent for telephone information , as a part of discovery.   Plaintiff plans to take the depositions

20 of at least three of the defendants in the first week of March.

21      There are no pending motions at this time, but there could be depending on the results of

22 the requests for documents.

23

24 Dated: February 6, 2008                    Respectfully submitted,

25

26 _____
                                           HARRIET ROSS, Attorney for Plaintiff

27

28 Plaintiff's Case Managment Statement