**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date: 5/16/08

Case No.   C-07-2861 SI           Judge:   SUSAN ILLSTON

Title: HENRY GIVENS  -v- SAN FRANCISCO

Attorneys: H. Ross            J. Hannawalt

Deputy Clerk: Tracy Sutton   Court Reporter: none

### PROCEEDINGS

1)   Further Case Management Conference - HELD

2) 

3) 

Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                PART

Case continued to **10/10/08 @ 2:30 p.m.**   for Further Case Management Conference


ORDERED AFTER HEARING:
The Court will rule on plaintiff's underseal submissions.