**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>CIVIL MINUTE ORDER</u>**

CASE NO.:        <u>C-07-02861 SI (JCS)</u>                              TIME:  <u>1 hr</u>

CASE NAME:     <u>*Henry Givens v. CCSF, et al.*</u>

MAGISTRATE JUDGE JOSEPH C. SPERO        CLERK: Mary Macudzinski-Gomez

DATE:  <u>July 28, 2008</u>                                    COURT REPORTER: <u>not reported</u>

<u>COUNSEL FOR PLAINTIFF(S):</u>                  <u>COUNSEL FOR DEFENDANT(S):</u>

Harriet Ross                                           James F. Hannawalt

---

**<u>PROCEEDINGS</u>**

X     SETTLEMENT CONFERENCE              ☐  FURTHER SETTLEMENT CONFERENCE

☐     DISCOVERY CONFERENCE

☐     STATUS CONFERENCE RE:

☐     TELEPHONIC CONFERENCE RE:

☐     OTHER:

CASE CONTINUED TO:                        FOR

NOTES:

A Settlement Conference was held; the case did not settle. The parties were invited to contact the Court (JCS) if they wish to schedule a Further Settlement Conference.