1 | DENNIS J. HERRERA, State Bar #139669
City Attorney
2 | JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
3 | JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
4 | Fox Plaza
1390 Market Street, 6th Floor
5 | San Francisco, California 94102-5408
Telephone:     (415) 554-3892
6 | Facsimile:      (415) 554-3837
E-Mail:          david.newdorf@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY GIVENS,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION, POLICE OFFICERS RODRIGUEZ NO. 156; CABUNTALA, NO. 7523; CORREA, NO. 4210; DIZON, NO. 110; LAZANO, NO. 554; AND MASON, NO. 1703, MCGUIRE NO. 4214, INDIVIDUALLY AND SAN FRANCISCO POLICE OFFICERS,<br><br>        Defendants. | Case No.  C 07 2861 SI<br><br>REQUEST FOR DISMISSAL; PROPOSED ORDER OF DISMISSAL<br><br><br>Trial Date:            November 17, 2008 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   A settlement agreeable to all parties has been reached in the above-mentioned matter. The

parties respectfully request that this case be dismissed with prejudice.

Dated: August 5, 2008

By:_____/s/_____
    HARRIET ROSS

    Attorneys for Plaintiff(s)
    PLAINTIFF HENRY GIVENS

Dated: August 6, 2008

    DENNIS J. HERRERA
    City Attorney
    JOANNE HOEPER
    JAMES F. HANNAWALT
    Deputy City Attorneys

By:_____/s/_____
    JAMES F. HANNAWALT

    Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

**IT IS SO ORDERED.**

Dated: _____

    HON. SUSAN ILLSTON
    United States District Court Judge