DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
DAVID B. NEWDORF, State Bar #172960
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3892
Facsimile:     (415) 554-3837
E-Mail:          david.newdorf@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY GIVENS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION, POLICE OFFICERS RODRIGUEZ NO. 156; CABUNTALA, NO. 7523; CORREA, NO. 4210; DIZON, NO. 110; LAZANO, NO. 554; AND MASON, NO. 1703, MCGUIRE NO. 4214, INDIVIDUALLY AND SAN FRANCISCO POLICE OFFICERS,<br><br>　　　　Defendants. | Case No.  C 07 2861 SI<br><br>**NOTICE OF ENTRY OF ORDER**<br><br>Trial Date:           November 17, 2008 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on August 8, 2008, the Court entered an Order granting Defendant's Request for Dismissal.

NOTICE OF ENTRY OF ORDER
INSERT CASE NO. C 07 2861                    1                    n:\lit\li2007\071621\00502593.doc

1     A true, correct, and file-endorsed copy of the Order is attached as Exhibit A.

3 Dated: August 12, 2008

                                        DENNIS J. HERRERA
                                        City Attorney
                                        JOANNE HOEPER
                                        Chief Trial Deputy
                                        DAVID B. NEWDORF
                                        JAMES F. HANNAWALT
                                        Deputy City Attorneys

                        By: _____/s/_____
                                    JAMES F. HANNAWALT

                                        Attorneys for Defendants
                                        CITY AND COUNTY OF SAN FRANCISCO, et al.