DENNIS J. HERRERA, State Bar #139669
City Attorney
JOANNE HOEPER, State Bar #114961
Chief Trial Deputy
JAMES F. HANNAWALT, State Bar #139657
Deputy City Attorneys
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone:    (415) 554-3892
Facsimile:    (415) 554-3837
E-Mail:       david.newdorf@sfgov.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY GIVENS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, A MUNICIPAL CORPORATION, POLICE OFFICERS RODRIGUEZ NO. 156; CABUNTALA, NO. 7523; CORREA, NO. 4210; DIZON, NO. 110; LAZANO, NO. 554; AND MASON, NO. 1703, MCGUIRE NO. 4214, INDIVIDUALLY AND SAN FRANCISCO POLICE OFFICERS,<br><br>Defendants. | Case No. C 07 2861 SI<br><br>REQUEST FOR DISMISSAL;<br>PROPOSED ORDER OF DISMISSAL<br><br>Trial Date:    November 17, 2008 |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

A settlement agreeable to all parties has been reached in the above-mentioned matter. The

---

Request for Dismissal, Case No. C 07 2861               1                        n:\lit\li2007\071621\00500179.doc

parties respectfully request that this case be dismissed with prejudice.

Dated: August 5, 2008

By: _____/s/_____
HARRIET ROSS

Attorneys for Plaintiff(s)
PLAINTIFF HENRY GIVENS

Dated: August 6, 2008

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
JAMES F. HANNAWALT
Deputy City Attorneys

By: _____/s/_____
JAMES F. HANNAWALT

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

**ORDER**

**IT IS SO ORDERED.**

Dated: _____

_____
HON. SUSAN ILLSTON
United States District Court Judge